No. 75–6725. OMERNICK *v.* WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 75–6755. MEADOWS *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–1384. ESTELLE, CORRECTIONS DIRECTOR *v.* ALBERTI. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1431. STERN *v.* UNITED STATES ET AL. C. A. 6th Cir. Motion to substitute Emma Louise Gardner, Executrix of Estate of Malcolm P. Gardner, in place of respondent Malcolm P. Gardner, deceased, granted. Certiorari denied.

No. 75–1582. TOIA, ACTING COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* HOLLEY ET AL. C. A. 2d Cir. Motion of respondents Holley et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–6689. STEVENSON *v.* MATHEWS, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–676. ESTELLE, CORRECTIONS DIRECTOR *v.* WILLIAMS, 425 U. S. 501;

No. 75–130. QUINN, COMMISSIONER, CHICAGO FIRE DEPARTMENT *v.* MUSCARE, 425 U. S. 560;

No. 75–1186. BROMBERG *v.* CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL., 425 U. S. 963; and

No. 75–1405. MARSHALL FIELD & Co. *v.* SHOUP, 425 U. S. 981. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.